# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0517
_____

SCOTT A. ANDERSON, SR.,

Appellant,

v.

BOBBY ANDERSON,

Appellee.

_____

On appeal from the County Court for Walton County.
Kelvin C. Wells, Judge.

February 5, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Joseph Oreste Reosti of Law Office of Joseph O. Reosti, Pensacola, for Appellant.

William Bell of Dunlap & Shipman, P.A., Freeport, for Appellee.